ⓘ  Published using Google Docs          Learn More    Report Abuse

# August 23, 2021 Parent Health and Safety …

Updated automatically every 5 minutes



**SCHOOL DISTRICT**

ONE NORTH JEFFERSON AVENUE CANONSBURG, PENNSYLVANIA 15317
(724) 746-2940
FAX (724) 746-9184

**COMMITMENT TO EXCELLENCE**

cmsd.k12.pa.us

August 23, 2021

Dear Parents and Guardians,

With the start of school approaching quickly the school district wanted to provide you with information pertaining to current COVID-19 health and safety mitigation. Current mitigation is subject to change and will be reviewed as needed. The following list contains key components.

- Students, teachers, and staff who have symptoms of infectious illness should stay home and follow up with their healthcare provider for testing and care, regardless of vaccination status. Staying home when sick with COVID-19 is essential to keeping COVID-19 infections out of schools and preventing spread to others. A daily home health screening tool will be sent to all families prior to the start of school.
- The school district recommends, but does not require, all students, teachers, staff, and visitors follow the CDC guidance and correctly wear a mask in indoor settings, regardless of vaccination status
- The school district recommends, but does not require, all unvaccinated students, teachers, staff, and visitors follow CDC guidance and correctly wear a mask in crowded outdoor settings.
- Masks are required at this time on school transportation. The Pennsylvania Department of Education refers to the CDC issued order that requires face masks to be worn by all people while on public transportation. Click here and here for this information.
- Masks will be provided to anyone who needs one.
- Individuals who elect to wear a mask can be provided an area where social distancing and/or plexiglass dividers are available to allow them to remove the mask to eat or drink during breakfast and lunch.
- Schools will report positive cases to the PA Department of Health and work with them for contact tracing and quarantine. The CDC has updated quarantine guidance, please review the attached flow chart. Make note of the response differences for vaccinated and masked close contacts.
- Students absent from school will be able to access work through Schoology in grades 5-12 and Google Classroom in K-4.
- In order to preserve safe in-person learning, to the greatest extent practical, the school district and Department of Health will monitor cases in

 Published using Google Docs

Learn More   Report Abuse

August 23, 2021 Parent Health and Safety … Updated automatically every 5 minutes

- schools and on buses.
- Hand Sanitizer and disinfectant wipes will be available in all schools/classrooms.
- MERV 13 filters, which trap 98% of airborne particles as small as .3 microns, have been installed in all facility ventilation systems.

CDC Guidance and protocols are continuously under review and subject to change at any time. We ask for your patience and understanding as we all work through this together.

Sincerely,

CMSD

ⓘ  Published using Google Docs                                    Learn More        Report Abuse

# August 23, 2021 Parent Health and Safety …

Updated automatically every 5 minutes

