IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| L.W., a minor, by and through their parent, C.W.; K.S., a minor, by and through their parent, M.S.; A.K. a minor, by and through their parent, J.K.; W.M., a minor, by and through their parent, S.M.; L.B., a minor, by and through their parent, B.B.; T.J., a minor, by and through their parent, M.L.; A.M., a minor, by and through their parent, M.M.,<br><br>           Plaintiffs,<br><br>     v.<br><br>CANON-MCMILLAN SCHOOL DISTRICT, a Pennsylvania governmental entity, MANUEL PIHAKIS, PETE MONIODES, DARLA BOWMAN-MONACO, MICHAEL CAPORIZZO, ZEFFIE CARROLL, MARK DOPUDJA, JOSEPH ZUPANCIC, MARY BETH KLINE, and BERNARD PRICE all individual elected officials sued in their individual capacity and in their capacity as members of the CANON-MCMILLAN SCHOOL DISTRICT BOARD OF SCHOOL DIRECTORS, a Pennsylvania elected legislative body, MR. MICHAEL DANIELS, Superintendent of the CANON-MCMILLAN SCHOOL DISTRICT,<br><br>           Defendants. | Case No. 21-cv-1136-MJH |

**MOTION FOR TEMPORARY RESTRAINING ORDER**

AND NOW come above-named Plaintiffs, by and through their counsel Alexander W. Saksen and the law firm of Goldberg Kamin & Garvin, LLP and move this Court for an Order granting their *Ex Parte* Application for: 1) a temporary restraining order; 2) an order restraining the School Board of the Canon McMillan School District; 3) an order to show cause why a preliminary injunction should not issue; and 4) an order authorizing expedited discovery against the Defendants to the Complaint and attached hereto.  The legal and factual support for this motion

1

is contained in Memorandum of Law filed of even date herewith. A proposed order is filed herewith.

                                        Respectfully submitted,

                                        GOLDBERG, KAMIN, AND GARVIN

                                        */s/Alexander W. Saksen*
                                        Alexander W. Saksen
                                        PA ID No.86049
                                        1806 Frick Building
                                        437 Grant Street
                                        Pittsburgh, PA 15219
                                        Alexanders@gkattorneys.com
                                        Attorney for Plaintiffs

**CERTIFICATE OF SERVICE**

      I hereby certify that a true and correct copy of the foregoing Complaint was served by e-mail on this 27th day of August 2021, addressed to the below parties and counsel:

CMSD SOLICITOR
Patricia Andrews, Esq.
Andrews & Price, LLP
1500 Ardmore Blvd., Suite 506
Pittsburgh, PA 15221
tandrews@andrewsandprice.com

MEMBER PIHAKIS
pihakism@cmsd.k12.pa.us

MEMBER MONIODES
moniodespe@cmsd.k12.pa.us

FORMER MEMBER BOWMAN-MONACO
Bowmand@cmsd.k12.pa.us

MEMBER CAPORIZZO
caporizzom@cmsd.k12.pa.us

MEMBER CARROLL
carrollz@cmsd.k12.pa.us

MEMBER DOPUDJA
dopudjam@cmsd.k12.pa.us

MEMBER ZUPANCIC
zupancicj@cmsd.k12.pa.us

MEMBER KLINE
klinem@cmsd.k12.pa.us

MEMBER PRICE
priceb@cmsd.k12.pa.us

SUPERINTENDENT DANIELS
danielsm@cmsd.k12.pa.us


      */s/ Alexander Saksen*
      Alexander W. Saksen